# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:24-CR-00143(2)-ADA |
| | § | |
| (2) DEANA LOUISE MELENDEZ | § | |

## ORDER

      On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 5, 2025, wherein the defendant (2) DEANA LOUISE MELENDEZ waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (2) DEANA LOUISE MELENDEZ to the Report and Recommendation, the Court enters the following order:

      **IT IS THEREFORE ORDERED** that the defendant (2) DEANA LOUISE MELENDEZ's plea of guilty to Counts One S (1s) and Eight S (8s) is accepted.

      Signed this 19th day of August, 2025.

                                                               ALAN D ALBRIGHT
                                                               UNITED STATES DISTRICT JUDGE